George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Carina Miranda*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Carina Miranda,<br><br>Plaintiff<br><br>v.<br><br>Experian Information Solutions, Inc.; Innovis Data Solutions, Inc.; and Synchrony Financial dba SYNCB/Amazon,<br><br>Defendants | Case No.: 2:22-cv-01980-CDS-NJK<br><br>**Stipulation of dismissal of Synchrony Financial dba SYNCB/Amazon with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Carina Miranda and Synchrony Financial dba SYNCB/Amazon stipulate to dismiss Plaintiff's claims against Synchrony Financial dba SYNCB/Amazon with prejudice.

_____
STIPULATION            - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 16, 2023.

**FREEDOM LAW FIRM**

 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Carina Miranda*

**LEWIS ROCA ROTHGERBER CHRISTIE, LLP**

/s/ Brittni A. Tanenbaum
J. Christopher Jorgensen, Esq.
Brittni A. Tanenbaum, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Counsel for Defendant Synchrony Financial dba SYNCB/Amazon*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:   March 17, 2023

STIPULATION                                          - 2 -